MARC A. PILOTIN
Regional Solicitor
KATHERINE E. CAMERON
Counsel for Wage and Hour
DAVID EDELI (Cal. Bar No. 288536)
Senior Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: 202-693-5115
Email: Edeli.David@dol.gov
*Attorneys for Plaintiff Lori Chavez-DeRemer,*
*United States Secretary of Labor*

(*Additional attorneys on signature page*)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CHAVEZ-DEREMER,<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>                          Plaintiff,<br>          v.<br><br>PRO-WIDE DRYWALL, INC.; JESUS<br>SALVADOR CORTES HUERTA, an individual;<br>ABRAHAM CORTES HUERTA, an individual;<br>and JESUS URIBEI CORTES, an individual,<br><br>                          Defendants. | Case No. 2:25−cv−03527−WBS−JDP<br><br>JOINT STIPULATION AND ORDER<br>REGARDING REFERRAL TO<br>MAGISTRATE JUDGE FOR<br>SETTLEMENT CONFERENCE |

JOINT STIPULATION AND ORDER REGARDING REFERRAL TO MAGISTRATE JUDGE FOR
SETTLEMENT CONFERENCE
Case No. 2:25−cv−03527−WBS−JDP

Plaintiff Secretary of Labor Lori Chavez-DeRemer and Defendants Pro-Wide Drywall, Inc.; Jesus Salvador Cortes Huerta; Abraham Cortes Huerta; and Jesus Uribei Cortes stipulate to a referral to a Magistrate Judge for a Court Settlement Conference. *See* E.D. Cal. L.R. 270. The parties respectfully request referral to Magistrate Judge Jeremy D. Peterson for a settlement conference on May 20, 2026 at 10:00 a.m. *See* Dkt. 14.

                                             Respectfully submitted,

Dated: February 19, 2026                     JONATHAN BERRY
                                             Solicitor of Labor

                                             MARC A. PILOTIN
                                             Regional Solicitor

                                             KATHERINE E. CAMERON
                                             Counsel for Wage and Hour

                                             */s/ David Edeli*
                                             DAVID EDELI
                                             Senior Trial Attorney
                                             *Attorneys for Plaintiff Lori Chavez-DeRemer,*
                                             *United States Secretary of Labor*

                                             */s/ Raquel Hatfield (as authorized on 2/19/26)*
                                             RAQUEL HATFIELD
                                             *Attorney for Defendants*

Pursuant to the parties' stipulation and Local Rule 270, the Court REFERS this matter to Magistrate Judge Jeremy D. Peterson for a court settlement conference.

**IT IS SO ORDERED.**

Dated:  February 19, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER REGARDING REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE
Case No. 2:25−cv−03527−WBS−JDP                                              Page 1