UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH E. SONDERLING,
Acting Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

PRO-WIDE DRYWALL, INC.; JESUS SALVADOR CORTES HUERTA, an individual; ABRAHAM CORTES HUERTA, an individual; and JESUS URIBEI CORTES, an individual;

Defendants.

Case No. 2:25−cv−03527−JDP

**~~[PROPOSED]~~ ORDER GRANTING MOTION FOR EXTENSION OF TIME**

For the reasons stated by the parties in their **JOINT MOTION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS** (Dkt. 42), good cause exists to extend the deadline for the filing of the parties' dispositional documents for their noticed settlement. The parties shall file their proposed Consent Judgement and Permanent Injunction by Tuesday, September 8, 2026.

IT IS SO ORDERED.

Dated: October 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE