MARC A. PILOTIN
Regional Solicitor
KATHERINE E. CAMERON
Associate Regional Solicitor
DAVID EDELI (Cal. Bar No. 288536)
Senior Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (202) 693-5115
Email: edeli.david.l@dol.gov
*Attorneys for Plaintiff Keith E. Sonderling,*
*Acting United States Secretary of Labor*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH E. SONDERLING, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>PRO-WIDE DRYWALL, INC.; JESUS SALVADOR CORTES HUERTA, an individual; ABRAHAM CORTES HUERTA, an individual; and JESUS URIBEI CORTES, an individual;<br><br>Defendants. | Case No. 2:25−cv−03527−JDP<br><br>**~~[PROPOSED]~~ CONSENT JUDGMENT AND ORDER** |

Plaintiff ACTING SECRETARY OF LABOR KEITH E. SONDERLING ("Acting Secretary") and Defendants PRO-WIDE DRYWALL, INC.; JESUS SALVADOR CORTES HUERTA; ABRAHAM CORTES HUERTA; and JESUS URIBEI CORTES ("Defendants") have agreed to resolve the matters in controversy in this civil action and agree to the entry of this Consent Judgment and Order as provided below.

## STATEMENTS BY THE PARTIES

1. The Acting Secretary filed a Complaint alleging that Defendants violated the minimum wage, overtime, anti-interference, recordkeeping, and anti-retaliation provisions of FLSA, Sections 6, 7, 11(a), 11(c), 15(a)(2), 15(a)(3), and 15(a)(5) of the Fair Labor Standards

Act ("FLSA"), 29 U.S.C. §§ 206, 207, 211(a), 211(c), 215(a)(2), 215(a)(3), and 215(a)(5).

2. Defendants acknowledged service of the Acting Secretary's Complaint and waived service of the summons, and Defendants have answered the Complaint.

3. Defendants admit that the Court has jurisdiction over the Parties and the subject matter of this civil action, and that venue lies in the Eastern District of California.

4. The Parties agree, in order to avoid further litigation, to waive findings of fact and conclusions of law and agree to the entry of this Consent Judgment and Order without further contest.

5. Defendants acknowledge that they and all individuals and entities acting on their behalf or at their direction have notice of, and understand, the provisions of this Consent Judgment and Order.

6. Defendants admit that at all relevant times, they operated a drywall and construction business in Stanislaus County, California and neighboring counties, as well as in the State of Nevada, and that these activities constituted an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1)(A) of the FLSA, 29 U.S.C. § 203(s)(1)(A).

7. Defendants admit that at all relevant times they were employers within the meaning of Section 3(d) of the FLSA, 29 U.S.C. § 203(d), of workers performing drywall, finishing, painting, metal stud framing, carpentry framing, and installing concrete and acoustical ceilings at commercial and residential construction sites, including the employees identified in **Exhibit 1** to this Consent Judgment (the "Construction Workers"), which is incorporated in and made part of this Consent Judgment and Order.

8. On December 9, 2025, the Court entered a stipulated preliminary injunction, wherein Defendants admitted the following:

a. Defendants admit that they failed to pay employees at an overtime rate for hours worked in a workweek in excess of 40 hours, at rates not less than one and one-half the regular hourly rates at which they were employed, in violation of Sections 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207 and 215(a)(2). Defendants' failure to pay

employees the required overtime premium resulted in amounts owed as backwages and an equal amount owed in liquidated damages.

b. Defendants admit that they failed to keep and preserve accurate records of their employees and of the wages, hours, and other conditions and practices of employment as required under and 29 C.F.R. Part 516 in violation of Section 11(c) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 211(c) and 215(a)(5).

9. The Parties agree and acknowledge the following with respect to certain real properties in which Defendants hold an ownership interest, and which are subject to deeds of trust in favor of the Acting Secretary. The legal description of each property is set forth in **Exhibit 2** hereto and incorporated herein by reference. The Merced Property, Nevada Property, and Washington Property identified in subparagraphs (b), (c), and (d) below are also subject to sale obligations as set forth below in the **PROPERTY SALE OBLIGATIONS** paragraphs of **Exhibit 2**.

a. "Dale Road Property" refers to the real property located at 5748 Dale Road, Modesto, California 95356, Stanislaus County.

i. Pursuant to the Stipulated Preliminary Injunction (Dkt. 5), Defendant Jesus Salvador Cortes Huerta executed a deed of trust encumbering the Dale Road Property in favor of the United States Department of Labor as beneficiary, which was recorded in the Official Records of Stanislaus County, California as Document No. 2026-0026898 (the "Dale Road Deed of Trust"). The Dale Road Deed of Trust secures a judgment in this matter.

ii. The Dale Road Deed of Trust remains in full force and effect and continues to secure Defendants' obligations under this Consent Judgment. Within fourteen (14) calendar days of the date that all payments due pursuant to this Consent Judgment have been made in full, the Acting Secretary shall execute a full reconveyance of the Dale Road Deed of Trust and provide it to Defendants' counsel for recording.

b. "Merced Property" refers to the real property located at 691 N. Easy

Street, Merced, California 95340, Merced County Assessor's Parcel No. 061-122-003-000.

c. “Nevada Property” refers to the real property located at 613 Pleasant Vista Drive, Reno, Nevada 89506, Washoe County Assessor's Parcel No. 554-482-19.

i. Pursuant to the Stipulated Preliminary Injunction entered December 9, 2025, Defendant Jesus Salvador Cortes Huerta executed a deed of trust encumbering the Nevada Property in favor of the United States Department of Labor as beneficiary, recorded in the Official Records of Washoe County, Nevada as Document No. 5599091 (the “Original Nevada DOT”). The Original Nevada DOT is superseded and replaced by the Nevada Corrected Deed of Trust identified in subparagraph (e)(ii) below.

d. “Washington Property” refers to the real property located at 1051 N. Lindsay Lane, Sequim, Washington 98382, Clallam County Tax Account No. 03-30-18-790210.

e. Pre-Entry Security Instruments. Prior to entry of this Consent Judgment, and as a condition to the Acting Secretary’s agreement to the terms hereof, Defendants caused the following deeds of trust to be executed and recorded in favor of the United States Department of Labor as beneficiary:

i. Merced Property Deed of Trust: A deed of trust executed by Sanjuana Cortes and Jesus Salvador Cortes Huerta, as Co-Trustees of The Sanjuana Cortes Living Trust (dated February 14, 2024), recorded in the Official Records of Merced County, California as Document No. 2026023656.

ii. Nevada Corrected Deed of Trust: A corrected deed of trust executed by 613 Pleasant Vista Drive LLC, a Nevada limited liability company, acting through its authorized member(s), recorded in the Official Records of Washoe County, Nevada as Document No. 5648682, superseding and replacing the Original Nevada DOT recorded February 4, 2026 as Document No. 5599091.

iii. Washington Deed of Trust: A deed of trust executed by CSP

Holdings LLC, a Washington limited liability company, acting through its members, recorded in the Official Records of Clallam County, Washington as Recording No. 2026-1486445.

f. The Merced Property Deed of Trust, the Nevada Corrected Deed of Trust, and the Washington Deed of Trust identified above, together with the Dale Road Deed of Trust and the Original Nevada DOT recorded pursuant to the Stipulated Preliminary Injunction entered December 9, 2025, encumber all four real properties in which Defendants hold an ownership interest and collectively secure the full amount of the judgment entered under this Consent Judgment.

g. Pre-Entry Irrevocable Escrow Instructions. Prior to entry of this Consent Judgment, and as a further condition to the Acting Secretary's agreement to the terms hereof, Defendants executed a Form of Irrevocable Escrow Instructions for each Sale Property, directing the escrow holders at closing to disburse Net Sale Proceeds to the Claims Administrator. Executed copies of the Irrevocable Escrow Instructions have been delivered to and are on file with the Acting Secretary. The Irrevocable Escrow Instructions may not be modified, cancelled, or superseded without the prior written consent of the Acting Secretary.

h. Definition of Net Sale Proceeds. As used in the **PROPERTY SALE OBLIGATIONS** paragraphs in **Exhibit 2**, "Net Sale Proceeds" means, with respect to each of the Merced Property, the Nevada Property, and the Washington Property (collectively, the "Sale Properties"), the gross sale price less:

i. the full payoff amount, including all accrued interest, fees, and any applicable prepayment penalty, of any deed of trust or mortgage of record that is senior to the applicable Sale Property Deed of Trust as of the date of this Consent Judgment;

ii. real estate commissions not to exceed 5% of the gross sale price;

iii. applicable real estate transfer or excise taxes required by law; and

iv. other customary and reasonable closing costs as reflected on the

final closing disclosure approved by the Acting Secretary.

## PERMANENT INJUNCTION

Pursuant to the statements and agreements above, upon joint motion of the Acting Secretary and Defendants Pro-Wide Drywall, Inc.; Jesus Salvador Cortes Huerta; Abraham Cortes Huerta; and Jesus Uribei Cortes, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, Defendants, their officers, agents, servants, employees, and all persons and entities acting in active concert or participation with them, are permanently enjoined and restrained from violating the FLSA, including through any of the following manners:

10. Defendants shall not, contrary to FLSA Section 15(a)(3), 29 U.S.C. § 215(a)(3), discharge or in any manner discriminate against any employee because such employee has or is believed to have filed any wage complaint, including any internal wage complaint made to Defendants, or has instituted or caused to be instituted any proceeding under the FLSA, or has provided information to the U.S. Department of Labor in any such proceeding. Prohibited retaliatory actions include but are not limited to termination, reduction of hours, required declarations, and threats to report employees if any of the above actions are taken because such employee has or is believed to have engaged in any activity protected by Section 15(a)(3). To ensure compliance with this provision, Defendants are further enjoined as follows:

a. Defendants shall not condition payment of wages to any employee on that employee continuing to work for Defendants.

b. Defendants shall not condition payment of wages to any employee on that employee signing a declaration or statement affecting their rights.

c. Unless approved by the Secretary or a federal district court, Defendants shall not condition payment of wages to any employee on that employee signing a waiver of their FLSA rights.

d. Defendants shall not withhold payment of wages to any employee in retaliation for their complaints about their wages, leaving their employment, or providing information to the Acting Secretary.

e. Defendants shall not instruct employees not to speak to representatives of the Acting Secretary or to provide false information to any representative of the Acting Secretary regarding the terms and conditions of their employment.

f. Defendants shall not request that departing employees sign documents asserting a prohibition on the disclosure of "any confidential, proprietary, and/or trade secret information . . . for any purpose or to any person" or other similar language without express exception for disclosure of information to the Wage and Hour Division of the United States Department of Labor or any other governmental agency.

g. Defendants shall distribute the attached **Exhibit 3 – Notice of Rights** in English and Spanish to all employees at all worksites within 7 calendar days of the date of entry of this Consent Judgment and Order. Defendants shall require each employee to sign the second page of Exhibit 3 and include their telephone number to confirm that they received a copy of the Notice of Rights, and within 7 calendar days after the date of the signature Defendants shall mail the signature pages by certified mail to Ginny Gomez, District Director, Wage and Hour Division, United States Department of Labor, 2800 Cottage Way, Room W-1836, Sacramento, CA 95825-1886. Defendants shall provide a copy of **Exhibit 3** upon hire to all future employees who are hired to perform drywall installation, framing, taping, or related work.

h. Defendants shall, within sixty (60) calendar days after entry of this Consent Judgment and Order by the Court, hold meetings with all employees of all Defendants, at time(s) and date(s) agreeable to the Wage and Hour Division, at which representatives of the Wage and Hour Division will be invited and can be present, either in person or virtually. These meeting(s) must be attended by at least one of the individual Defendants. At the meeting, the employees must be advised of the information included in the notice attached herein as **Exhibit 3.**

i. Upon request by a representative of the Wage and Hour Division, Defendants shall immediately permit representatives of the Wage and Hour Division to immediately enter any worksite on which Defendants are working to interview any of

Defendants' employees or subcontractors in a private setting. If a property owner or general contractor will not permit such entrance, Defendants shall immediately permit their employees or subcontractors to leave the worksite immediately to participate in interviews with the representatives. Defendants shall compensate their employees or subcontractors at the appropriate regular or overtime hours rate for the time employees spend participating in such interviews.

j. Nothing in this section shall prohibit Defendants from laying off employees, firing employees, demoting employees, or transferring employees to different job sites, as long as any such action is not taken because such employee has or is believed to have filed any wage complaint, including any internal wage complaint made to Defendants, or has instituted or caused to be instituted any proceeding under the FLSA, or has provided information to the U.S. Department of Labor in any such proceeding. Nothing in this section or this Agreement shall change the "at-will" nature of the relationship of Defendants employees with Defendants.

11. Defendants shall not, contrary to FLSA Sections 6 and 15(a)(2), 29 U.S.C. §§ 206 and 215(a)(2), employ any employees who in any workweek are engaged in commerce, within the meaning of FLSA Section 3, 29 U.S.C. § 203, or are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA Section 3, 29 U.S.C. § 203, at a wage rate less than the federal minimum wage, which cannot be less than $7.25 per hour (or at a rate less than such other applicable minimum rate as may hereafter be established by amendment to the FLSA).

12. Defendants shall not, contrary to FLSA Sections 7 and 15(a)(2), 29 U.S.C. §§ 207 and 215(a)(2), employ any employees who in any workweek are engaged in commerce, within the meaning of FLSA Section 3, 29 U.S.C. § 203, or are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA Section 3, 29 U.S.C. § 203, for any workweek longer than 40 hours unless such employees receive compensation for their employment in excess of 40 hours in such workweek at a rate not less than one and one-half times the regular rate at which they are employed.

13. Defendants shall not, contrary to FLSA Sections 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5), fail to make, keep, and preserve accurate records of employees and of the wages, hours, and other conditions and practices of employment maintained by Defendants, as required by these statutory provisions and the implementing regulations at 29 C.F.R. Part 516, and make such records available to authorized agents of the Acting Secretary for inspection, transcription, and/or copying, upon their demand for such access. To ensure compliance with this provision, Defendants are further enjoined as follows:

a. Defendants shall collect the names and contact information (phone numbers, email addresses, and home addresses) of all of Defendants' employees who work at their jobsites each week.

b. Defendants shall maintain accurate and complete records of all hours worked by Defendants' employees at all jobsites and shall preserve all original records used to record employee work hours.

c. Defendants shall maintain accurate and complete records of all wages paid to each of their employees each pay period, including gross wages and deductions.

d. Defendants shall provide all of Defendants' employees with an earnings statement for each payment made to such employees, starting with the first pay period after this judgment is entered. The earnings statement shall state: (i) the employee's name and employee ID number; (ii) the pay period corresponding to the payment; (iii) the number of regular hours worked that pay period; (iv) the number of overtime hours worked in that pay period; (v) the employee's applicable hourly rates (including straight time and overtime rates), or, as applicable, the applicable piece rates (including the precise formula used to calculate the piece rate and overtime rates) and corresponding number of pieces worked at each piece rate; (vi) the gross amounts earned (straight time and overtime); (vii) any deductions, itemized; (viii) the net amount paid; and (ix) the start and end dates of the pay period.

e. Defendants shall maintain proof of payment, such as canceled checks, for all wages paid to Defendants' employees.

f. Defendants shall maintain all records required to be created and/or maintained under the FLSA and this paragraph for at least three years and shall make these records available to the Acting Secretary's representatives upon request no later than three (3) business days after such request is made.

14. Defendants shall not, contrary to FLSA Section 15(a)(3), 29 U.S.C. § 215(a)(3), in any way, directly or indirectly, solicit, demand, require, or accept the return of any of the backwages, liquidated damages, or compensatory and punitive damages paid to date in this proceeding or required to be paid under this Consent Judgment and Order; nor shall Defendants threaten or imply that adverse action will be taken against any employee because of their receipt of funds to be paid under this Consent Judgment and Order.

15. Defendants shall not, jointly and severally, withhold payment of SIX HUNDRED TWENTY THOUSAND, FOUR HUNDRED FIFTY- EIGHT DOLLARS AND FIVE CENTS ($ 620,458.05) in overtime and minimum wage pay hereby found to be due to Defendants' employees under the FLSA.

16. Defendants shall provide written notice to the District Director, Wage and Hour Division, Sacramento Office, within five (5) business days of the filing of a voluntary petition in bankruptcy by any Defendant, or the service upon any Defendant of an involuntary bankruptcy petition.

17. Defendants shall ensure that any sale, transfer, or assignment of all or substantially all of the assets or operations of Pro-Wide Drywall, Inc., or any transfer of a controlling ownership interest therein, includes as an express written contractual term that the purchaser or transferee shall assume all outstanding payment and compliance obligations of Pro-Wide Drywall, Inc. under this Consent Judgment and shall conduct operations in compliance with its terms.

## JUDGMENT AND ORDER

18. JUDGMENT IS HEREBY ENTERED, pursuant to Section 16(c) and (e) of the FLSA, in favor of the Acting Secretary as a judgment owed to the United States of America and

against Defendants, jointly and severally, in the total amount of ONE MILLION, FOUR HUNDRED FIFTY-THREE THOUSAND, THREE HUNDRED NINETY-SEVEN DOLLARS AND NINE CENTS ($1,453,397.09). This total amount comprises SIX HUNDRED TWENTY THOUSAND, FOUR HUNDRED FIFTY-EIGHT DOLLARS AND FIVE CENTS ($620,458.05) in unpaid overtime and minimum wage compensation; an additional equal amount as liquidated damages, pursuant to authority expressly provided in Section 16 of the FLSA, 29 U.S.C. § 216; civil money penalties, which have been assessed and finally determined pursuant to 29 U.S.C. § 216(e), of TWENTY THOUSAND DOLLARS $20,000.00 for Defendants' minimum wage and overtime violations; THIRTY TWO THOUSAND, FIVE HUNDRED DOLLARS $32,500.00 in compensatory damages and SEVENTY-FIVE THOUSAND DOLLARS $75,000.00 in punitive damages for retaliation pursuant to 29 U.S.C. § 215(a)(3); and EIGHTY-FOUR THOUSAND, NINE HUNDRED EIGHTY DOLLARS AND NINETY-EIGHT CENTS ($84,980.98) in interest.

19. Within two (2) years of entry of this Consent Judgment, the Acting Secretary shall file a **supplemental Exhibit 1** listing the names of the employees paid and to be paid subject to this Consent Judgment and the start and end dates of the backwage liability for each employee.

Pursuant to this Judgment, **IT IS HEREBY ORDERED THAT:**

20. Defendants shall pay EIGHTY- THREE THOUSAND, NINE HUNDRED FIFTY DOLLARS AND EIGHTY- THREE CENTS ($ 83,950.83) within 30 calendar days of entry of the Consent Judgment. This payment shall apply to compensatory and punitive damages. The remaining balance of ONE MILLION, THREE HUNDRED SIXTY-NINE THOUSAND, FOUR HUNDRED FORTY-SIX DOLLARS AND TWENTY-SIX CENTS ($1,369,446.26) shall be paid pursuant to the schedule set forth in Exhibit **4** and incorporated herein by reference, with the payments applied to any outstanding punitive or compensatory damages first and then to liquidated damages and then to backwages and then to interest and then to Civil Monetary Penalties.

21. Unless otherwise directed by the Acting Secretary in writing, all payments specified in Paragraph 20 shall be made as follows:

a. All payments of Civil Money Penalties shall be made by using the "WHD Civil Money Penalty Payment Form – Western Region" at https://www.pay.gov/public/form/start/77743734. The payment shall reference Case Number 2002595.

b. Defendants shall make all payments of backwages, liquidated damages, compensatory, and punitive damages to the Claims Administrator that is hired pursuant to paragraphs 24–26.

22. Defendants shall pay the full amount of interest specified in paragraph 18. The amount specified is a fixed amount and shall not be reduced because of early repayment of the principal amount, by sale of property, payment according to the payment schedule, or otherwise.

23. Defendants shall be bound by the PROPERTY SALE OBLIGATIONS set forth in Exhibit 2 and incorporated herein by reference.

## CLAIMS ADMINISTRATION AND RELATED OBLIGATIONS

24. Within 7 calendar days of entry of the consent judgment, Defendants shall hire a Claims Administrator, subject to the Acting Secretary's approval. The Claims Administrator shall oversee the payments to the Construction workers on **Exhibit 1**, as directed by the Acting Secretary in his sole discretion. If the Claims Administrator initially appointed by Defendants thereafter declines to serve or to carry out its duties under this Consent Judgment, Defendants will have fourteen (14) calendar days to notify the Acting Secretary in writing of the need for a replacement Claims Administrator, will consult with the Acting Secretary regarding the appointment of a new Claims Administrator, and, following that consultation, will provide the Acting Secretary with the name of a new Claims Administrator.

25. All of the Claims Administrator's administration fees and costs will be paid by Defendants, pursuant to their agreement with the Claims Administrator, a copy of which agreement will be provided to the Acting Secretary. Said administration fees will not be funded by or deducted from the backwages, liquidated damages, civil money penalty, or compensatory or punitive damages amounts.

26. Defendants will hire a Claims Administrator to perform the following: (a) establishing, within ten (10) calendar days of being appointed, a noninterest-bearing Qualified Settlement Fund account to hold in trust the damages paid pursuant to paragraphs 18 and 20–21, and notifying the Parties when the account is established and ready for deposit of the Settlement Fund; (b) receiving and holding the Settlement Fund in trust, until distribution; (c) establishing a toll-free telephone number accessible to the Construction Workers; (d) responding to information requests from the Construction Workers; (e) sending notices and Claim Forms to the Construction Workers; (f) obtaining updated addresses for the Construction Workers and re-mailing returned notices; (g) receiving and processing Claim Forms as provided in this consent judgment; (h) issuing payments in accordance with the Distribution List(s) provided by the Acting Secretary; (i) calculating, withholding, and depositing all applicable taxes for and issuing tax reporting forms to each Construction Worker who receives a settlement payment; (j) filing tax returns and issuing IRS Form W-2's and 1099's with respect to the Settlement Fund; (k) communicating as necessary with the Acting Secretary and Defendants; (l) tracking all necessary data regarding contact with the Construction Workers; (m) reissuing payments where required in consultation with the Acting Secretary, and (n) final distribution of the Settlement Fund.

27. The parties agree to the following process for administering payment to the Construction Workers:

a. Within 30 calendar days of the entry of this Consent Judgment, Defendants will provide to the Claims Administrator and the Acting Secretary the last available address and any contact information (including telephone numbers and e-mail addresses) for each of the Construction Workers on **Exhibit 1**.

b. Within 30 calendar days of receiving updated contact information from Defendants, the Claims Administrator will send a notice to each Construction Worker informing the Construction Worker of entry of the Consent Judgment. The notice shall be sent via mail, email, text, and WhatsApp; and be posted on a claims website. Prior to issuance, the Claims Administrator must obtain the approval of the notice from the Acting Secretary. The notice shall (i) advise Construction Workers that there has been a

settlement and that they must respond within 120 calendar days in order to determine the amount to which they are entitled, (ii) request that Construction Workers complete and return IRS form W-4 for use in calculating withholdings for the backwages payment, and (iii) advise Construction Workers to contact the Claims Administrator with any questions related to the administration of payments. The Claims Administrator will provide the Acting Secretary a summary report on the mailing of these notices. The Claims Administrator must be able to communicate in Spanish and all communications to the Construction Workers must be in English and Spanish.. Any notices prepared in Spanish by the Claims Administrator must be approved by both Counsel for the Acting Secretary and Counsel for Defendants.

c. The Claims Administrator will run an address verification search (commonly referred to as "skip-tracing") for any employees for whom no home address has been provided by Defendants or the Acting Secretary, as well as for any employees for whom undeliverable notices were received after the initial mailing and who did not otherwise respond to it when previously sent by text, WhatsApp or e-mail. Such a search shall utilize a wide variety of data sources, including public records, real estate records, electronic directory assistance listings, etc., to locate updated addresses. After running such a search, the Claims Administrator shall as soon as practicable issue (or re-issue) the notice described in 27 (b) to the Construction Workers who did not previously receive or respond to it.

d. The Claims Administrator will make two rounds of distributions. The first round will occur after the Claims Administrator has received the initial payment amount described in paragraph 20 and the Acting Secretary has provided the Claims Administrator with a Distribution List that identifies the amounts to be paid to each individual Construction Worker. These payments will exclude Construction Workers whose notice packets were returned undeliverable even after skip-tracing and who did not respond electronically. If paper checks are used, the checks will state that they must be cashed within 120 calendar days. The Claims Administrator will provide the Acting

Secretary and Defendants with a summary report on the distribution. The Claims Administrator shall adjust the prioritization, process and manner of these distributions based solely on instructions from the Acting Secretary. If paper checks are used, the Claims Administrator will re-issue uncashed checks as needed upon direction from the Acting Secretary.

28. The second round of distributions will occur after the Claims Administrator has received Defendants' final payment in the schedule attached as **Exhibit 4**. The payments will be in the amounts specified in a supplemental Distribution List that will be consistent with **supplemental Exhibit 1**.

29. Within 14 days after the Claims Administrator has completed the second round of distribution, and after any 120-day period for Construction Workers to cash any paper checks used in the second round of distributions has expired, or as otherwise warranted or directed in writing by the Acting Secretary, the Claims Administrator will remit the entirety of the unredeemed funds in the Qualified Settlement Fund account to the Department of Labor. The Claims Administrator will remit these funds to the Department of Labor through "WHD Back Wages Payment Form – Western Region" at https://www.pay.gov/public/form/start/77761888. The payment shall reference Case Number 2002595. The Claims Administrator will report the payment under this paragraph to the Acting Secretary and Defendants within 5 calendar days after it makes the payment.

30. The Acting Secretary shall distribute the funds it receives pursuant to the Consent Judgment to the Construction Workers identified in **supplemental Exhibit 1** in the amounts necessary to ensure that each Construction Worker that has been located, or if necessary, their estate, has received the amounts set forth in the **supplemental Exhibit 1**. Any monies not distributed to the Construction Workers because of an inability to locate the proper persons or because of their refusal to accept it, the Acting Secretary shall deposit into the Treasury of the United States as miscellaneous receipts under 29 U.S.C. § 216(c).

31. In the event of any default in the timely making of any payment due hereunder, the full amount due under the backwage or liquidated damages provisions of this Judgment

which then remains unpaid, plus post-judgment interest at the rate of 10% per year, from the date of this Judgment until paid in full, shall become due and payable directly to the Acting Secretary within 5 business days of the Acting Secretary's sending by electronic mail a written demand to the last available addresses of Defendants then known to the Acting Secretary with electronic copies also concurrently e-served on Defendants and, if applicable, their counsel. In the event of such a default, the Claims Administrator will immediately complete a final round of distribution if sufficient funds to do so remain under its agreement with Defendants, followed by the payment of any unredeemed funds to the Department as specified in paragraph 29. If sufficient funds do not remain under its agreement with Defendants, the Claims Administrator will immediately remit the entirety of the unredeemed funds in the Qualified Settlement Fund account to the Department of Labor through the procedure described in paragraph 29. Before such remedies may be taken, the Acting Secretary must provide Defendants with written notice of the alleged default and an opportunity to cure the default within 14 calendar days.

32. Defendants shall not make any deductions from any of the amounts to be paid to the Acting Secretary under paragraph 18 or to the Claims Administrator or Acting Secretary under paragraphs 20–21. Defendants are responsible for paying the employer-side payroll taxes due on any backwages due under this Consent Judgment in addition to the judgment amount and must make any payroll tax payments specified by the Claims Administrator within 30 calendar days of being informed by the Claims Administrator of the payroll tax amount due and method of payment required.

**FURTHER, IT IS HEREBY ORDERED THAT:**

33. This judgment does not include damages for violations of the Davis-Bacon Act, which the parties are resolving separately by administrative agreement. Payments made or funds allocated pursuant to that administrative agreement shall not reduce the amounts due and payable under this Consent Judgment.

34. The filing, pursuit, and/or resolution of this proceeding with the entry of this Judgment shall not act as or be asserted as a bar to any action or claim under Section 16(b) of the FLSA, 29 U.S.C. § 216(b), as to any individual not named on the attached **Exhibit 1**, nor as to

any individual named on **Exhibit 1** for any time period not included in **Exhibit 1**.

35. Each Party shall bear their own fees and other expenses incurred by such Party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended.

36. The Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment and Order.

IT IS SO ORDERED.

Dated: October 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

RESPECTFULLY SUBMITTED THIS _____ DAY OF SEPTEMBER, 2026.

FOR THE PLAINTIFF:

JONATHAN BERRY
Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

KATHERINE E. CAMERON
Associate Regional Solicitor

s/
DAVID EDELI
Senior Attorney

*Attorneys for Plaintiff Keith E. Sonderling, Acting United States Secretary of Labor*

FOR DEFENDANTS:

_______________________________ Date: _______________

PRO-WIDE DRYWALL, INC.

_______________________________ Date: _______________

JESUS SALVADOR CORTES

_______________________________ Date: _______________

ABRAHAM CORTES

_______________________________ Date: _______________

JESUS URIBEI CORTES

*Approved as to form:*

_______________________________ Date: _______________

RAQUEL ARREOLA

*Attorney for Defendants Pro-Wide Drywall, Inc., Jesus Salvador Cortes, and Abraham Cortes*

# EXHIBIT 1

| | Employee | Back Wage Start Date | Back Wage End Date |
|---|---|---|---|
| 1 | Abrego Paz, Jose E | 6/3/2022 | 6/10/2022 |
| 2 | Acevedo, Isidro | 6/16/2023 | 8/18/2023 |
| 3 | Acosta, Antonio | 3/29/2024 | 4/19/2024 |
| 4 | Acosta, Filimon | 11/1/2024 | 11/8/2024 |
| 5 | Aguilar, Antonio | 1/12/2024 | 1/19/2024 |
| 6 | Aguilar, Fernando | 9/9/2022 | 11/4/2022 |
| 7 | Aguilar Melchor, Sigifredo | 7/7/2023 | 7/14/2023 |
| 8 | Ajqui-Tomin, Alex J | 3/3/2023 | 4/7/2023 |
| 9 | Ajqui-Tomin, Oswaldo | 5/13/2022 | 5/20/2022 |
| 10 | Alatorre, Jesus | 1/20/2023 | 2/17/2023 |
| 11 | Albor, Felipe | 8/19/2022 | 3/31/2023 |
| 12 | Albor, Sonia | 8/5/2022 | 12/9/2022 |
| 13 | Albor Lopez, Deysi | 9/30/2022 | 12/9/2022 |
| 14 | Albor Villagomez, Rosalba | 8/23/2024 | 3/28/2025 |
| 15 | Almeida Armenta, Edgar | 1/19/2024 | 1/26/2024 |
| 16 | Almeida Sanchez, Edgar | 6/16/2023 | 8/30/2024 |
| 17 | Alvarez, Alejandro | 7/1/2022 | 7/8/2022 |
| 18 | Alvarez, Jose Luis | 7/1/2022 | 7/8/2022 |
| 19 | Alvarez, Julio | 1/31/2025 | 2/7/2025 |
| 20 | Alvarez, Manuel E | 6/17/2022 | 7/26/2024 |
| 21 | Alvarez Andrade, Jesus | 9/27/2024 | 12/6/2024 |
| 22 | Alvarez Ruiz, Carlos | 7/8/2022 | 7/15/2022 |
| 23 | Alvarez Ruiz, Reynaldo | 7/8/2022 | 9/9/2022 |

| | | | |
|---|---|---|---|
| 24 | Alvarez Ruiz, Victor | 7/15/2022 | 7/22/2022 |
| 25 | Angulo, Martin A | 3/14/2025 | 4/11/2025 |
| 26 | Aparicio, Emiliano | 4/12/2024 | 1/31/2025 |
| 27 | Arce, Daniel Carlos | 7/21/2023 | 8/18/2023 |
| 28 | Arellano, Alejandro | 8/23/2024 | 11/8/2024 |
| 29 | Arellano, Manuel | 10/11/2024 | 10/18/2024 |
| 30 | Armas, Julian | 9/16/2022 | 11/11/2022 |
| 31 | Armenta, Jose Leobardo | 6/2/2023 | 8/11/2023 |
| 32 | Armenta, Leobardo Jesus | 6/2/2023 | 9/8/2023 |
| 33 | Armenta, Victor | 7/28/2023 | 9/22/2023 |
| 34 | Arreguin Barthez, Liborio | 3/8/2024 | 4/19/2024 |
| 35 | Arreola, Oscar | 6/21/2024 | 7/5/2024 |
| 36 | Arreola Pina, Sergio | 6/3/2022 | 6/10/2022 |
| 37 | Arrieta Benitez, Santos | 4/29/2022 | 5/20/2022 |
| 38 | Avelar, Avelino | 5/13/2022 | 5/20/2022 |
| 39 | Avelar Robles, Eduardo | 5/13/2022 | 5/20/2022 |
| 40 | Avilez Lorez, Tomas | 4/22/2022 | 4/29/2022 |
| 41 | Baez, Jose | 8/2/2024 | 12/6/2024 |
| 42 | Balderas, Roberto | 10/13/2023 | 9/13/2024 |
| 43 | Baltazar Ramirez, Esteban | 10/7/2022 | 4/11/2025 |
| 44 | Banda, Adan | 9/15/2023 | 11/17/2023 |
| 45 | Barrera, Antonio | 1/17/2025 | 2/7/2025 |
| 46 | Barron, Vanessa | 5/13/2022 | 5/27/2022 |
| 47 | Bautista, Uriel | 11/7/2024 | 11/14/2024 |
| 48 | Bejan, Baltazar | 3/29/2024 | 4/19/2024 |
| 49 | Beltran, Noe | 1/5/2024 | 2/23/2024 |
| 50 | Beltran, Ussiel | 1/5/2024 | 3/1/2024 |

| | | | |
|---|---|---|---|
| 51 | Benites, Leonardo | 1/20/2023 | 3/3/2023 |
| 52 | Benitez, Gerardo | 4/15/2022 | 5/6/2022 |
| 53 | Benitez Salgado, Margarito | 8/5/2022 | 8/12/2022 |
| 54 | Bernal, Luis | 7/26/2024 | 8/2/2024 |
| 55 | Bernal Larios, Juan A | 4/29/2022 | 1/27/2023 |
| 56 | Birdsell, Hayden | 9/8/2023 | 9/29/2023 |
| 57 | Birdsell, John | 9/22/2023 | 9/29/2023 |
| 58 | Blanco Lopez, Gustavo | 7/26/2024 | 11/15/2024 |
| 59 | Bonilla Hernandez, Guadalupe | 12/27/2024 | 1/3/2025 |
| 60 | Bravo, Jesus | 10/4/2024 | 12/27/2024 |
| 61 | Brito, Adrian | 8/5/2022 | 8/12/2022 |
| 62 | Cabrera, Luis Armando | 7/26/2024 | 8/30/2024 |
| 63 | Cabrera, Mario | 12/22/2023 | 8/30/2024 |
| 64 | Cabrera Montes, Jorge Osvaldo | 1/12/2024 | 9/20/2024 |
| 65 | Camacho, Eladio | 8/16/2024 | 11/8/2024 |
| 66 | Campos, Oscar Antonio | 3/7/2025 | 3/14/2025 |
| 67 | Canchola, Octavio | 3/31/2023 | 4/7/2023 |
| 68 | Canizales, Juan | 8/23/2024 | 11/8/2024 |
| 69 | Cano Castillo, Antonio | 4/14/2023 | 5/19/2023 |
| 70 | Cardenas, Hector | 1/5/2024 | 2/23/2024 |
| 71 | Cardenas, Jose | 2/3/2023 | 5/5/2023 |
| 72 | Cardiel, Brandon | 10/27/2023 | 11/3/2023 |
| 73 | Cardona, Jose Alejandro | 6/17/2022 | 5/12/2023 |
| 74 | Carlos Morales, Jorge Alberto | 7/8/2022 | 12/23/2022 |

| | | | |
|---|---|---|---|
| 75 | Carranza, Mario C | 5/12/2023 | 2/7/2025 |
| 76 | Castaneda Manriquez, Armando | 6/3/2022 | 6/10/2022 |
| 77 | Castelan, Gregorio | 1/6/2023 | 1/13/2023 |
| 78 | Castelan, Jose Francisco | 1/20/2023 | 6/21/2024 |
| 79 | Castro, Eberardo | 12/8/2023 | 12/15/2023 |
| 80 | Castro, Julian | 9/13/2024 | 12/6/2024 |
| 81 | Castro Gonzalez, Samuel | 7/15/2022 | 9/2/2022 |
| 82 | Cervantes, Jesus | 7/19/2024 | 7/26/2024 |
| 83 | Cervantes Arriaga, Jose | 10/27/2023 | 11/3/2023 |
| 84 | Chavez, Juan Angel | 8/11/2023 | 9/15/2023 |
| 85 | Chavez, Sergio | 1/27/2023 | 5/19/2023 |
| 86 | Chavez Deniz, Heriberto | 6/17/2022 | 7/1/2022 |
| 87 | Chavez Evangelista, Vicente | 6/17/2022 | 7/1/2022 |
| 88 | Chub, Jose Efrain | 10/13/2023 | 3/29/2024 |
| 89 | Cisneros, Daniel | 10/21/2022 | 12/23/2022 |
| 90 | Colin, Mauricio | 7/29/2022 | 8/5/2022 |
| 91 | Contreras, Orlando | 7/21/2023 | 8/25/2023 |
| 92 | Contreras Miranda, Manuel A | 8/23/2024 | 8/30/2024 |
| 93 | Contreras Pimentel, Jesus | 7/1/2022 | 9/29/2023 |
| 94 | Contreras Ramirez, Miguel H | 4/22/2022 | 5/17/2024 |
| 95 | Corazon, Alfredo | 8/5/2022 | 8/12/2022 |
| 96 | Cornejo, Juan | 7/29/2022 | 8/19/2022 |
| 97 | Coronado, Roel | 7/15/2022 | 9/2/2022 |
| 98 | Cortes, Adolfo | 4/22/2022 | 6/16/2023 |
| 99 | Cortes, Luis Armando | 4/15/2022 | 7/1/2022 |

| | | | |
|---|---|---|---|
| 100 | Cortes, Mario Guillermo | 12/8/2023 | 4/11/2025 |
| 101 | Cortez, Guadalupe | 7/19/2024 | 7/26/2024 |
| 102 | Cortez, Victor Alonso | 9/22/2023 | 9/29/2023 |
| 103 | Cortez Jaimes, Ernesto | 7/19/2024 | 8/2/2024 |
| 104 | Coss Paniagua, Raul | 9/30/2022 | 4/5/2024 |
| 105 | Cruz, Renato | 12/27/2024 | 1/3/2025 |
| 106 | Cruz Garcia, Luis Fernando | 3/28/2025 | 4/11/2025 |
| 107 | Cubillo Palacios, Juan de Dios | 1/3/2025 | 1/10/2025 |
| 108 | De La Hoz, Carlos | 3/7/2025 | 3/14/2025 |
| 109 | De Leon Vazquez, Eduardo | 1/24/2025 | 4/4/2025 |
| 110 | Delamora, Salvador Chava | 9/8/2023 | 9/22/2023 |
| 111 | Diaz, Jesse | 6/2/2023 | 12/22/2023 |
| 112 | Diaz, Miguel | 9/27/2024 | 10/25/2024 |
| 113 | Diaz, Thomas | 6/2/2023 | 1/26/2024 |
| 114 | Diaz Diaz, Antonio | 9/6/2024 | 10/25/2024 |
| 115 | Diaz Leal, Saul | 2/3/2023 | 2/10/2023 |
| 116 | Diego, Fidel | 4/12/2024 | 3/28/2025 |
| 117 | Dorantes, Rosalino | 1/12/2024 | 1/19/2024 |
| 118 | Dorantes Zopiyaxtle, Andres | 11/7/2024 | 11/14/2024 |
| 119 | Duran, Leonardo R | 4/15/2022 | 6/10/2022 |
| 120 | Echeverria, Eleazar | 10/27/2023 | 11/3/2023 |
| 121 | Elias Flores, Armando | 6/17/2022 | 7/1/2022 |
| 122 | Erechiaga, Rodrigo | 9/16/2022 | 11/11/2022 |
| 123 | Escamilla Valentin, Jose Fabian | 4/22/2022 | 9/2/2022 |

| | | | |
|---|---|---|---|
| 124 | Escamilla Valentin, Juan Alberto | 4/15/2022 | 9/9/2022 |
| 125 | Escamilla, Jose | 10/14/2022 | 11/18/2022 |
| 126 | Escamilla, Ulises | 4/29/2022 | 12/23/2022 |
| 127 | Escobedo, Alejandro | 4/22/2022 | 12/6/2024 |
| 128 | Espejo, Oscar | 9/8/2023 | 5/3/2024 |
| 129 | Espinoza, Jose | 1/20/2023 | 2/17/2023 |
| 130 | Espinoza, Manuel | 10/7/2022 | 10/28/2022 |
| 131 | Espinoza, Pavel | 8/18/2023 | 8/25/2023 |
| 132 | Espinoza Aguilar, Luis Angel | 5/6/2022 | 6/10/2022 |
| 133 | Espinoza Moreno, Gonzalo | 4/15/2022 | 10/21/2022 |
| 134 | Estrada, Carlos | 10/7/2022 | 4/11/2025 |
| 135 | Estrada, Jonathan | 7/19/2024 | 11/8/2024 |
| 136 | Estrada, Luis | 6/10/2022 | 7/22/2022 |
| 137 | Felix, Salomon | 8/26/2022 | 7/12/2024 |
| 138 | Ferdin, Norberto | 3/10/2023 | 3/31/2023 |
| 139 | Fernandez, Adolfo | 9/20/2024 | 11/15/2024 |
| 140 | Fernandez, Faustino | 8/5/2022 | 8/12/2022 |
| 141 | Fernandez Solis, Reynol | 8/30/2024 | 9/6/2024 |
| 142 | Ferrer, Isaias | 4/12/2024 | 1/10/2025 |
| 143 | Ferrer Estrada, Luis | 7/26/2024 | 2/7/2025 |
| 144 | Fidencio Isidro, Lidio | 9/9/2022 | 12/9/2022 |
| 145 | Flores, Alfredo | 7/22/2022 | 8/19/2022 |
| 146 | Flores, Alvaro de Jesus | 10/6/2023 | 10/20/2023 |
| 147 | Flores, Fernando | 4/7/2023 | 4/14/2023 |
| 148 | Flores, Jacinto | 9/8/2023 | 6/21/2024 |
| 149 | Flores, Pedro | 4/14/2023 | 5/5/2023 |

| | | | |
|---|---|---|---|
| 150 | Flores, Sostenes | 8/2/2024 | 1/31/2025 |
| 151 | Follet, Robert | 3/22/2024 | 5/3/2024 |
| 152 | Escamilla, Victor Hugo | 4/15/2022 | 9/30/2022 |
| 153 | Frias Aguilar, Mario | 4/29/2022 | 8/19/2022 |
| 154 | Frias Sanchez, Mario | 12/29/2023 | 3/29/2024 |
| 155 | Fuentes, Uriel | 4/4/2025 | 4/11/2025 |
| 156 | Galvez, Marin | 12/9/2022 | 9/15/2023 |
| 157 | Gambino, Marco | 9/6/2024 | 9/13/2024 |
| 158 | Gamez Escarrega, Antonio | 9/29/2023 | 6/28/2024 |
| 159 | Garcia, Alexis | 3/3/2023 | 3/10/2023 |
| 160 | Garcia, Asbel | 8/5/2022 | 9/22/2023 |
| 161 | Garcia, Carlos D | 7/7/2023 | 7/14/2023 |
| 162 | Garcia, Chris Jhoan | 4/19/2024 | 8/30/2024 |
| 163 | Garcia, Efrain | 8/5/2022 | 8/12/2022 |
| 164 | Garcia, Erick | 5/12/2023 | 5/19/2023 |
| 165 | Garcia, Fabian | 8/26/2022 | 8/25/2023 |
| 166 | Garcia, Fabricio | 8/25/2023 | 9/22/2023 |
| 167 | Garcia, Francisco | 4/15/2022 | 9/23/2022 |
| 168 | Garcia, Jorge | 6/24/2022 | 7/12/2024 |
| 169 | Garcia, Jose Carlos | 6/23/2023 | 8/30/2024 |
| 170 | Garcia, Jose Pablo | 4/19/2024 | 6/21/2024 |
| 171 | Garcia, Nau | 5/13/2022 | 5/20/2022 |
| 172 | Garcia, Ricardo | 4/28/2023 | 9/1/2023 |
| 173 | Garcia, Salvador | 9/8/2023 | 6/21/2024 |
| 174 | Garcia, Vicente | 11/1/2024 | 12/20/2024 |
| 175 | Garcia Alvarez, Francisco | 4/15/2022 | 5/3/2024 |
| 176 | Garcia Carrazco, Hector | 5/6/2022 | 8/19/2022 |

| | | | |
|---|---|---|---|
| 177 | Garcia Carrillo, Francisco Javier | 4/19/2024 | 6/28/2024 |
| 178 | Garcia Castillo, Edgardo | 4/15/2022 | 7/1/2022 |
| 179 | Garcia Castro, Sixto | 9/1/2023 | 6/28/2024 |
| 180 | Garcia Diaz, Jorge Armando | 11/8/2024 | 4/11/2025 |
| 181 | Garcia Garcia, Francisco | 6/17/2022 | 9/22/2023 |
| 182 | Garcia Leyva, Fernando | 11/24/2023 | 12/8/2023 |
| 183 | Garcia Lopez, Angel | 7/5/2024 | 4/11/2025 |
| 184 | Garcia Nava, Javier | 3/15/2024 | 6/28/2024 |
| 185 | Garcia Peralta, Oscar | 8/5/2022 | 8/12/2022 |
| 186 | Garcia Perez, Eric Daniel | 5/27/2022 | 6/3/2022 |
| 187 | Franco Pascual, Vicente | 7/1/2022 | 12/23/2022 |
| 188 | Garcia Perez, Pedro | 4/15/2022 | 12/23/2022 |
| 189 | Garduno, Miguel | 7/7/2023 | 12/15/2023 |
| 190 | Gerardo Morales, Juanito | 7/22/2022 | 8/12/2022 |
| 191 | Gomez, Arturo | 9/15/2023 | 5/3/2024 |
| 192 | Gomez, Jose Alexis | 8/23/2024 | 9/6/2024 |
| 193 | Gomez, Mario Humberto | 10/25/2024 | 11/8/2024 |
| 194 | Gomez Lafarga, Juan | 7/15/2022 | 8/2/2024 |
| 195 | Gomez Leyva, Juanfer | 7/15/2022 | 8/12/2022 |
| 196 | Garcia Perez, Ramiro | 4/15/2022 | 8/4/2023 |
| 197 | Gomez Munoz, Arturo | 6/17/2022 | 6/24/2022 |
| 198 | Gomez Perez, Juan | 12/8/2023 | 12/15/2023 |
| 199 | Gomez Rangel, Ramiro | 7/29/2022 | 8/12/2022 |
| 200 | Gonzales Fernandez, Gerardo | 8/5/2022 | 8/12/2022 |
| 201 | Gonzalez, Aldair | 3/3/2023 | 4/28/2023 |
| 202 | Gonzalez, David | 7/14/2023 | 12/8/2023 |

| | | | |
|---|---|---|---|
| 203 | Gonzalez, Humberto | 10/20/2023 | 11/1/2024 |
| 204 | Gonzalez, Isidro | 6/24/2022 | 8/19/2022 |
| 205 | Gonzalez, Jhon Sanchez | 9/29/2023 | 2/23/2024 |
| 206 | Gonzalez, Mynor | 7/14/2023 | 12/8/2023 |
| 207 | Gonzalez Cortez, Josue | 10/4/2024 | 4/4/2025 |
| 208 | Gonzalez Delgado, Felipe | 9/6/2024 | 9/27/2024 |
| 209 | Gonzalez Delgado, Junior | 9/6/2024 | 9/27/2024 |
| 210 | Gonzalez Hernandez, Daniel | 9/20/2024 | 9/27/2024 |
| 211 | Gonzalez Hernandez, Eduardo | 1/17/2025 | 1/24/2025 |
| 212 | Gonzalez Horta, Arturo | 6/17/2022 | 6/24/2022 |
| 213 | Gonzalez Lara, Jose | 3/28/2025 | 4/4/2025 |
| 214 | Gonzalez Lopez, Alejandro | 3/31/2023 | 4/11/2025 |
| 215 | Gonzalez Martinez, Oscar | 4/29/2022 | 6/10/2022 |
| 216 | Gonzalez Rodriquez, Jeannette | 4/15/2022 | 5/13/2022 |
| 217 | Grajeda, Rigoberto | 10/20/2023 | 11/3/2023 |
| 218 | Guadarrama, Isidro | 5/27/2022 | 6/3/2022 |
| 219 | Gudino, Reymundo | 10/21/2022 | 6/16/2023 |
| 220 | Guerra, Juan | 9/13/2024 | 12/6/2024 |
| 221 | Guerrero, Jose de Jesus | 7/22/2022 | 9/22/2023 |
| 222 | Guillen, Mario | 10/14/2022 | 12/8/2023 |
| 223 | Gutierrez, Federico | 10/20/2023 | 1/26/2024 |
| 224 | Gutierrez, Martin | 1/5/2024 | 3/1/2024 |
| 225 | Gutierrez, Miguel Angel | 12/13/2024 | 3/28/2025 |
| 226 | Guzman, Cristian | 4/14/2023 | 4/21/2023 |
| 227 | Guzman, Erik | 4/19/2024 | 4/26/2024 |

| | | | |
|---|---|---|---|
| 228 | Guzman, Jesus | 4/22/2022 | 8/12/2022 |
| 229 | Guzman Avalos, Pablo | 5/31/2024 | 6/14/2024 |
| 230 | Guzman Estrada, Luis Alberto | 7/26/2024 | 11/22/2024 |
| 231 | Hernandes, Bacileo | 4/29/2022 | 5/6/2022 |
| 232 | Hernandez, Carlos | 5/6/2022 | 11/3/2023 |
| 233 | Hernandez Lopez, Cristobal | 11/7/2024 | 11/14/2024 |
| 234 | Hernandez, Fernando | 4/29/2022 | 12/23/2022 |
| 235 | Hernandez, Gabriel | 4/22/2022 | 1/31/2025 |
| 236 | Hernandez, Isac | 1/17/2025 | 2/7/2025 |
| 237 | Hernandez, Jose Martin | 11/15/2024 | 12/20/2024 |
| 238 | Hernandez, Juan Carlos | 9/9/2022 | 12/9/2022 |
| 239 | Hernandez, Miguel | 6/2/2023 | 3/21/2025 |
| 240 | Hernandez, Miguel Angel | 1/3/2025 | 2/7/2025 |
| 241 | Hernandez, Pedro | 3/29/2024 | 4/5/2024 |
| 242 | Hernandez, Rosaura | 1/17/2025 | 1/24/2025 |
| 243 | Hernandez, Valentin | 9/8/2023 | 9/15/2023 |
| 244 | Hernandez Alvarado, Juan Manuel | 6/16/2023 | 6/23/2023 |
| 245 | Hernandez Diaz, Jose Luis | 9/6/2024 | 9/27/2024 |
| 246 | Hernandez Guerrero, Jose Adgar | 7/22/2022 | 9/22/2023 |
| 247 | Hernandez, Carmelo | 10/4/2024 | 5/2/2025 |
| 248 | Hernandez Perez, Teresa | 11/29/2024 | 2/21/2025 |
| 249 | Herrera, Eloy | 10/14/2022 | 2/10/2023 |
| 250 | Herrera, Tomas | 1/3/2025 | 2/7/2025 |
| 251 | Huerta, Jose Luis | 1/24/2025 | 2/28/2025 |

| | | | |
|---|---|---|---|
| 252 | Huerta, Ricardo Cruz R | 5/13/2022 | 2/28/2025 |
| 253 | Huirache, Sergio | 11/1/2024 | 1/10/2025 |
| 254 | Huizar, Francisco | 9/16/2022 | 10/14/2022 |
| 255 | Ibarra, Fernando Salvador | 10/4/2024 | 2/28/2025 |
| 256 | Ibarra, Hector | 10/25/2024 | 2/28/2025 |
| 257 | Ibarra, Victor Alan | 10/25/2024 | 4/11/2025 |
| 258 | Ibarra Vargas, Carlos D | 10/4/2024 | 4/11/2025 |
| 259 | Ibarra Vargas, Claudio | 1/17/2025 | 2/28/2025 |
| 260 | Ibarra Vargas, Fernando | 1/17/2025 | 2/28/2025 |
| 261 | Ibarra Vargas, Javier | 10/4/2024 | 4/11/2025 |
| 262 | Ibarra Vargas, Jose Manuel | 4/19/2024 | 9/13/2024 |
| 263 | Isaula, Oscar | 8/30/2024 | 9/6/2024 |
| 264 | Izazagel, Marcos | 5/6/2022 | 5/13/2022 |
| 265 | Jaime Leon, Cristobal | 3/31/2023 | 4/7/2023 |
| 266 | Jaramillo, Jesus | 7/22/2022 | 7/29/2022 |
| 267 | Jimenez, Abad | 9/8/2023 | 6/28/2024 |
| 268 | Jimenez, Alexis | 9/29/2023 | 6/28/2024 |
| 269 | Jimenez, Aristeo | 11/8/2024 | 12/20/2024 |
| 270 | Jimenez, Celedonio | 11/1/2024 | 12/20/2024 |
| 271 | Jimenez, Cesar | 8/25/2023 | 8/30/2024 |
| 272 | Jimenez, Eric Anthony | 11/1/2024 | 12/20/2024 |
| 273 | Jimenez, Jhony | 9/29/2023 | 10/20/2023 |
| 274 | Jimenez, Lorenzo | 7/21/2023 | 7/28/2023 |
| 275 | Jimenez, Rogelio | 10/18/2024 | 10/25/2024 |
| 276 | Jimenez, Victor | 8/23/2024 | 11/8/2024 |
| 277 | Juarez, Jaime | 3/31/2023 | 4/7/2023 |
| 278 | Landa, Maria | 11/3/2023 | 11/10/2023 |

| | | | |
|---|---|---|---|
| 279 | Lara, Ricardo | 7/28/2023 | 3/22/2024 |
| 280 | Larios Garcia, Armando | 6/17/2022 | 8/12/2022 |
| 281 | Lechuga De Luna, Christian Alejandro | 1/3/2025 | 2/7/2025 |
| 282 | Lechuga De Luna, Jose Manuel | 1/3/2025 | 2/7/2025 |
| 283 | Lemus, Pedro | 3/10/2023 | 3/17/2023 |
| 284 | Leon, Donaldo | 7/19/2024 | 8/30/2024 |
| 285 | Leyva, Raul | 8/25/2023 | 9/15/2023 |
| 286 | Leyva, Ricardo | 10/7/2022 | 5/12/2023 |
| 287 | Limas, Enrique | 9/16/2022 | 10/7/2022 |
| 288 | Lizarraga, Yesi | 8/11/2023 | 8/18/2023 |
| 289 | Lopez, Axel Edilmar | 8/5/2022 | 4/11/2025 |
| 290 | Lopez, Elizandro | 1/20/2023 | 1/27/2023 |
| 291 | Lopez, Gerardo | 2/24/2023 | 3/3/2023 |
| 292 | Lopez, Hector Raul | 5/6/2022 | 3/14/2025 |
| 293 | Lopez, Israel | 3/31/2023 | 4/14/2023 |
| 294 | Lopez, Javier | 3/29/2024 | 4/26/2024 |
| 295 | Lopez, Wagner David | 8/12/2022 | 7/28/2023 |
| 296 | Lopez Hernandez, Marisol | 11/29/2024 | 2/21/2025 |
| 297 | Lopez Lopez, Jose | 1/26/2024 | 2/2/2024 |
| 298 | Lopez Miranda, Javier | 6/3/2022 | 6/24/2022 |
| 299 | Lopez Rodrigues, Axel | 7/29/2022 | 8/26/2022 |
| 300 | Lopez Sanchez, Manuel | 8/5/2022 | 4/11/2025 |
| 301 | Lugo Navarro, Chalo | 9/29/2023 | 10/20/2023 |
| 302 | Lugo Torres, Bilma N | 12/2/2022 | 4/7/2023 |
| 303 | Maciel, David | 9/6/2024 | 4/11/2025 |

| | | | |
|---|---|---|---|
| 304 | Madrid, Jesus | 8/18/2023 | 8/25/2023 |
| 305 | Madrid Olivo, Julian | 8/19/2022 | 12/23/2022 |
| 306 | Madrigal, Jorge | 2/28/2025 | 3/7/2025 |
| 307 | Madrigal, Marco A | 7/15/2022 | 9/2/2022 |
| 308 | Madrigal, Maria A | 11/3/2023 | 11/10/2023 |
| 309 | Magana, Jose David | 8/5/2022 | 8/12/2022 |
| 310 | Maldonado, Arnolodo | 1/5/2024 | 3/1/2024 |
| 311 | Maldonado, Carlos | 1/5/2024 | 3/1/2024 |
| 312 | Maldonado, Jose Pablo | 1/5/2024 | 3/1/2024 |
| 313 | Maldonado, Luis | 11/1/2024 | 12/6/2024 |
| 314 | Maquin Tiul, Gelson Alvaro | 10/6/2023 | 10/13/2023 |
| 315 | Maravilla, Cristian | 1/17/2025 | 4/11/2025 |
| 316 | Marquez, Gustavo | 1/17/2025 | 1/24/2025 |
| 317 | Marquez Lopez, Luis F | 4/29/2022 | 11/18/2022 |
| 318 | Martinez, Alejandro | 9/15/2023 | 10/27/2023 |
| 319 | Martinez, Carlos | 9/15/2023 | 9/22/2023 |
| 320 | Martinez, Diego Armando | 7/26/2024 | 1/10/2025 |
| 321 | Martinez, Ezequiel | 2/17/2023 | 2/24/2023 |
| 322 | Martinez, Gabriel | 8/23/2024 | 10/25/2024 |
| 323 | Martinez, Jaime | 3/8/2024 | 3/29/2024 |
| 324 | Martinez, Joel | 1/20/2023 | 1/27/2023 |
| 325 | Martinez, Jose | 2/17/2023 | 3/31/2023 |
| 326 | Martinez, Justino | 6/2/2023 | 10/6/2023 |
| 327 | Martinez, Orlin E | 5/13/2022 | 4/7/2023 |
| 328 | Martinez, Osvaldo | 12/8/2023 | 12/15/2023 |
| 329 | Martinez, Patricio | 1/12/2024 | 1/19/2024 |
| 330 | Martinez, Steve | 10/28/2022 | 12/13/2024 |

| | | | |
|---|---|---|---|
| 331 | Martinez Cruz, Juan | 5/19/2023 | 5/26/2023 |
| 332 | Martinez Moreno, Luis M | 6/24/2022 | 8/11/2023 |
| 333 | Martinez Ponce, Sebastian | 6/10/2022 | 8/19/2022 |
| 334 | Martinez Silva, Margarito | 3/28/2025 | 4/11/2025 |
| 335 | Mazariegos, Axel | 7/15/2022 | 8/12/2022 |
| 336 | Medina Ballesteros, Adolfo | 1/6/2023 | 7/12/2024 |
| 337 | Medina Ballesteros, Jose | 1/6/2023 | 6/16/2023 |
| 338 | Medina Hernandez, Mario | 4/22/2022 | 4/29/2022 |
| 339 | Mejia, Ignacio | 8/25/2023 | 9/22/2023 |
| 340 | Mejia, Ruben | 3/31/2023 | 4/28/2023 |
| 341 | Mejia, Silverio | 8/5/2022 | 10/28/2022 |
| 342 | Mena, Victor | 10/6/2023 | 11/3/2023 |
| 343 | Mendez, David | 10/6/2023 | 10/20/2023 |
| 344 | Mendez Cordova, Edgar | 1/20/2023 | 1/27/2023 |
| 345 | Mendoza, Amador | 8/5/2022 | 8/12/2022 |
| 346 | Mendoza, Daniel | 9/8/2023 | 9/22/2023 |
| 347 | Mendoza, Francisco | 9/20/2024 | 3/28/2025 |
| 348 | Mendoza, Francisco J | 6/17/2022 | 3/10/2023 |
| 349 | Mendoza, Javier | 8/12/2022 | 3/10/2023 |
| 350 | Mendoza, Jose L | 1/10/2025 | 4/4/2025 |
| 351 | Mendoza, Jose Luis | 6/16/2023 | 6/28/2024 |
| 352 | Mendoza, Roberto | 5/20/2022 | 8/9/2024 |
| 353 | Mendoza Barajas, Ever | 1/10/2025 | 3/28/2025 |
| 354 | Mendoza Jimenez, Daniel | 6/17/2022 | 12/23/2022 |
| 355 | Mendoza L, Alex | 7/28/2023 | 9/1/2023 |
| 356 | Mendoza Luna, Antonio | 6/16/2023 | 6/28/2024 |
| 357 | Meza Moreno, Ismael | 4/15/2022 | 4/29/2022 |

| | | | |
|---|---|---|---|
| 358 | Meza Moreno, Julio C | 6/17/2022 | 9/16/2022 |
| 359 | Mireles, Diego | 7/22/2022 | 7/29/2022 |
| 360 | Mireles, Silvino | 7/22/2022 | 7/29/2022 |
| 361 | Moeggenberg, Mike | 8/5/2022 | 3/29/2024 |
| 362 | Mondragon, Jose R | 4/29/2022 | 6/24/2022 |
| 363 | Mondragon, Oscar | 5/5/2023 | 1/31/2025 |
| 364 | Montanez, Ignacio | 9/27/2024 | 10/25/2024 |
| 365 | Montes, Mario | 7/22/2022 | 9/27/2024 |
| 366 | Montes Najar, Humberto | 1/19/2024 | 12/6/2024 |
| 367 | Mora, Camilo | 10/20/2023 | 3/15/2024 |
| 368 | Moran Lopez, Edgar | 9/9/2022 | 4/4/2025 |
| 369 | Moreno, Edgar I | 4/29/2022 | 5/19/2023 |
| 370 | Moreno Gomez, Fernando | 7/8/2022 | 12/9/2022 |
| 371 | Moreno Guzman, Juan | 10/20/2023 | 4/19/2024 |
| 372 | Munoz, Abraham | 11/11/2022 | 12/30/2022 |
| 373 | Munoz, Juan | 7/12/2024 | 7/26/2024 |
| 374 | Munoz, Julian | 8/5/2022 | 8/19/2022 |
| 375 | Munoz, Luis | 11/11/2022 | 12/30/2022 |
| 376 | Munoz Isidra, Jose | 8/4/2023 | 9/22/2023 |
| 377 | MurilloJaramillo, Jesus | 5/6/2022 | 8/12/2022 |
| 378 | Navarrete, Hugo | 7/28/2023 | 8/4/2023 |
| 379 | Navarro, Julio | 8/5/2022 | 8/11/2023 |
| 380 | Navarro Rodriguez, Ivan | 6/24/2022 | 7/1/2022 |
| 381 | Negrete Lara, Salvador | 10/25/2024 | 11/29/2024 |
| 382 | Nunez, Everardo | 9/8/2023 | 6/14/2024 |
| 383 | Nuno, Carlos Omar | 9/20/2024 | 12/6/2024 |
| 384 | Olvera Velazquez, Enedina | 8/23/2024 | 8/30/2024 |

| | | | |
|---|---|---|---|
| 385 | Orduno Diaz, Esteban | 6/24/2022 | 9/27/2024 |
| 386 | Orduno Hernandez, Rene | 10/18/2024 | 10/25/2024 |
| 387 | Orellano, Francisco | 1/13/2023 | 1/20/2023 |
| 388 | Oropeza Alva, Moises | 9/22/2023 | 10/13/2023 |
| 389 | Orozco, Jose Ramon | 5/12/2023 | 1/12/2024 |
| 390 | Ortega, Elmer y | 5/13/2022 | 5/20/2022 |
| 391 | Ortega, Jessica | 11/29/2024 | 4/11/2025 |
| 392 | Ortiz, Gabriel | 6/9/2023 | 8/4/2023 |
| 393 | Ortiz, Manuel | 6/10/2022 | 6/17/2022 |
| 394 | Ortiz Davalos, Efrain | 11/7/2024 | 11/14/2024 |
| 395 | Osuna, Luis | 2/3/2023 | 2/10/2023 |
| 396 | Pacheco, Daniel | 9/8/2023 | 9/15/2023 |
| 397 | Pacheco, Fidel M | 2/3/2023 | 2/28/2025 |
| 398 | Pacheco, Isidro | 9/8/2023 | 9/15/2023 |
| 399 | Padilla, Daniel | 4/21/2023 | 4/11/2025 |
| 400 | Parra, Enrique | 10/6/2023 | 11/3/2023 |
| 401 | Pena Martinez, Fernando | 2/24/2023 | 3/3/2023 |
| 402 | Perea, Santos | 12/8/2023 | 1/19/2024 |
| 403 | Peregrina, Guillermo | 7/21/2023 | 7/28/2023 |
| 404 | Perez, Alejandro | 5/24/2024 | 8/9/2024 |
| 405 | Perez, Carlos | 9/27/2024 | 10/25/2024 |
| 406 | Perez, Vicente | 4/5/2024 | 7/12/2024 |
| 407 | Perez de Vigil, Carolina | 6/2/2023 | 6/9/2023 |
| 408 | Perez Jimenez, Daniel | 8/5/2022 | 8/19/2022 |
| 409 | Perez Ortiz, Gerardo | 6/24/2022 | 7/22/2022 |
| 410 | Pichardo, Oscar | 9/9/2022 | 9/16/2022 |
| 411 | Piedra, Ramiro | 7/22/2022 | 7/29/2022 |

| | | | |
|---|---|---|---|
| 412 | Pineda Campos, Juan Diego | 7/7/2023 | 7/14/2023 |
| 413 | Polina Vazquez, Jesus | 5/31/2024 | 6/21/2024 |
| 414 | Ponce, Antonio | 4/22/2022 | 6/24/2022 |
| 415 | Ponce, Miguel | 4/22/2022 | 6/24/2022 |
| 416 | Portillo, Humberto Uriel | 11/3/2023 | 11/10/2023 |
| 417 | Prado, Isaac | 1/12/2024 | 2/16/2024 |
| 418 | Pulido Zambrano, Jose De Jesus | 7/14/2023 | 3/14/2025 |
| 419 | Quijada, Lyam | 1/5/2024 | 3/1/2024 |
| 420 | Quinonez, Pablo | 11/3/2023 | 12/15/2023 |
| 421 | Quintero, Fidel | 11/11/2022 | 1/27/2023 |
| 422 | Quiroz, Adriana | 3/31/2023 | 4/11/2025 |
| 423 | Quiroz, Ivan G | 5/6/2022 | 5/13/2022 |
| 424 | Ramirez, Daniel | 4/29/2022 | 6/24/2022 |
| 425 | Ramirez, Edgar | 12/8/2023 | 12/15/2023 |
| 426 | Ramirez, Jesus M | 6/23/2023 | 8/4/2023 |
| 427 | Ramirez, Juan | 4/5/2024 | 4/12/2024 |
| 428 | Ramirez, Raul | 1/27/2023 | 2/3/2023 |
| 429 | Ramirez, Victor | 12/8/2023 | 12/15/2023 |
| 430 | Ramirez Calderon, Jose Ramon | 2/10/2023 | 3/10/2023 |
| 431 | Ramirez Camacho, Luis | 1/27/2023 | 1/26/2024 |
| 432 | Ramos, Oscar | 11/1/2024 | 11/15/2024 |
| 433 | Ramos Arguello, Daniel | 4/29/2022 | 2/23/2024 |
| 434 | Regalado Ramirez, Alvaro | 2/17/2023 | 2/24/2023 |
| 435 | Regalado Ventura, Alvaro | 6/17/2022 | 6/24/2022 |

| | | | |
|---|---|---|---|
| 436 | Rendon Santana, Jose de Jesus | 7/5/2024 | 8/23/2024 |
| 437 | Renteria, Martin | 10/25/2024 | 11/8/2024 |
| 438 | Resendiz, Jose Guadalupe | 5/31/2024 | 3/28/2025 |
| 439 | Revelo, Jose | 10/6/2023 | 1/12/2024 |
| 440 | Reyes, Divina | 9/30/2022 | 8/30/2024 |
| 441 | Reyes, Jaquelin | 9/16/2022 | 10/7/2022 |
| 442 | Reyes, Jorge | 4/15/2022 | 10/6/2023 |
| 443 | Reyes, Juan Manuel | 9/13/2024 | 4/11/2025 |
| 444 | Reyes, Oscar | 7/12/2024 | 4/11/2025 |
| 445 | Reyes, Rolando | 4/26/2024 | 5/3/2024 |
| 446 | Reyes, Sacramento | 8/19/2022 | 8/25/2023 |
| 447 | Reyes, Salomon | 7/14/2023 | 3/28/2025 |
| 448 | Reyes Modesto, Jose Armando | 12/13/2024 | 2/28/2025 |
| 449 | Reyes Reyes, Omar | 10/27/2023 | 2/2/2024 |
| 450 | Reyes Sanchez, Miguel | 8/5/2022 | 3/31/2023 |
| 451 | Reyes Sanchez, Omar | 6/2/2023 | 6/9/2023 |
| 452 | Reyes-Sanchez, Hugo | 10/20/2023 | 3/22/2024 |
| 453 | Rico Ruiz, Jose Luis | 4/22/2022 | 6/24/2022 |
| 454 | Rincon Ramos, Miguel | 9/8/2023 | 2/2/2024 |
| 455 | Rivas, Jose | 7/15/2022 | 9/16/2022 |
| 456 | Rivas, Salvador | 9/9/2022 | 4/4/2025 |
| 457 | Rivera, David | 1/24/2025 | 1/31/2025 |
| 458 | Rivera, Juan | 3/31/2023 | 2/2/2024 |
| 459 | Rivera Lopez, Francisco | 6/10/2022 | 7/22/2022 |
| 460 | Rivera Mendoza, Francisco J | 4/29/2022 | 3/10/2023 |

| | | | |
|---|---|---|---|
| 461 | Robles, Antonio | 8/4/2023 | 8/25/2023 |
| 462 | Robles, Edgar Manuel | 10/25/2024 | 11/8/2024 |
| 463 | Robles, Jose M | 9/8/2023 | 9/22/2023 |
| 464 | Robles, Sergio | 6/14/2024 | 6/28/2024 |
| 465 | Rodriguez, Braulio | 11/3/2023 | 3/29/2024 |
| 466 | Rodriguez, Daniel | 7/8/2022 | 10/14/2022 |
| 467 | Rodriguez, Fernanda | 5/24/2024 | 8/16/2024 |
| 468 | Rodriguez, Jesus | 11/1/2024 | 11/8/2024 |
| 469 | Rodriguez, Manuel | 1/31/2025 | 2/28/2025 |
| 470 | Rodriguez, Rita | 1/31/2025 | 2/7/2025 |
| 471 | Rodriguez, Victor | 12/8/2023 | 12/15/2023 |
| 472 | Rodriguez Aguirre, Axel Ramon | 9/1/2023 | 11/10/2023 |
| 473 | Rodriguez Nunez, Fede Jose | 9/6/2024 | 11/15/2024 |
| 474 | Rodriguez Vazquez, Victor Manuel | 12/8/2023 | 12/15/2023 |
| 475 | Rojas, Jeffrey | 8/2/2024 | 10/25/2024 |
| 476 | Rojas Paredes, Alejandro | 4/14/2023 | 6/23/2023 |
| 477 | Romero, Misael | 1/5/2024 | 1/19/2024 |
| 478 | Romero, Rufino | 8/25/2023 | 9/15/2023 |
| 479 | Rosales, Denilson | 4/15/2022 | 8/12/2022 |
| 480 | Rosales Urena, Francisco J. | 4/15/2022 | 4/22/2022 |
| 481 | Rubalcaba, Daniel | 11/15/2024 | 11/22/2024 |
| 482 | Rueda, Ramiro | 4/12/2024 | 12/6/2024 |
| 483 | Ruiz, Alex G. | 4/15/2022 | 4/22/2022 |
| 484 | Ruiz Guillen, Eduar Angel | 5/20/2022 | 7/22/2022 |
| 485 | Ruiz Ramirez, Roberto | 8/16/2024 | 4/11/2025 |

| | | | |
|---|---|---|---|
| 486 | Saenz, Fernando | 5/24/2024 | 8/9/2024 |
| 487 | Salgado, Cristian | 10/18/2024 | 10/25/2024 |
| 488 | Salgado De Reyes, Nancy | 8/19/2022 | 12/9/2022 |
| 489 | Sanchez, Enrique | 4/15/2022 | 6/10/2022 |
| 490 | Sanchez, Ivan | 2/3/2023 | 9/1/2023 |
| 491 | Sanchez, Jhon | 1/12/2024 | 2/23/2024 |
| 492 | Sanchez, Joel | 2/3/2023 | 2/10/2023 |
| 493 | Sanchez, Mayer | 9/22/2023 | 2/23/2024 |
| 494 | Sanchez De Reyes, Maria E | 8/19/2022 | 12/9/2022 |
| 495 | Sandoval, Erick | 12/9/2022 | 4/11/2025 |
| 496 | Sandoval, Jose Emilio | 1/5/2024 | 3/1/2024 |
| 497 | Sandoval Cobian, Eduardo | 6/17/2022 | 7/1/2022 |
| 498 | Santana, Francisco | 4/28/2023 | 7/28/2023 |
| 499 | Santiago, Juan Diego | 12/16/2022 | 12/23/2022 |
| 500 | Saucedo, Fabian | 12/1/2023 | 12/15/2023 |
| 501 | Schimdt, John | 4/22/2022 | 12/15/2023 |
| 502 | Serna, Daniel | 9/30/2022 | 10/7/2022 |
| 503 | Serrano, Oswaldo | 11/1/2024 | 1/10/2025 |
| 504 | Serrano Villa, Ruben | 4/22/2022 | 7/1/2022 |
| 505 | Similiano Martinez, Anyelo | 1/12/2024 | 4/12/2024 |
| 506 | Solis, Juan Jose | 7/19/2024 | 4/11/2025 |
| 507 | Solis Padilla, Octavio | 6/24/2022 | 9/16/2022 |
| 508 | Solis Ruedas, Victor | 1/5/2024 | 3/1/2024 |
| 509 | Soto Hernandez, Erik Uriel | 7/19/2024 | 7/26/2024 |
| 510 | Soto Martinez, Rafael | 11/11/2022 | 12/30/2022 |
| 511 | Soto Prado, Alfredo | 4/15/2022 | 9/2/2022 |
| 512 | Suarez, Miguel Angel | 7/7/2023 | 7/14/2023 |

| | | | |
|---|---|---|---|
| 513 | Tafoya, Jose | 6/16/2023 | 9/22/2023 |
| 514 | Tapia, Paulino A | 12/9/2022 | 12/16/2022 |
| 515 | Tapia, Roman | 12/9/2022 | 12/16/2022 |
| 516 | Tapia Salcedo, Odorico | 8/16/2024 | 12/6/2024 |
| 517 | Tellez Samperio, David | 7/19/2024 | 7/26/2024 |
| 518 | Teni Che, Douglas | 7/19/2024 | 8/2/2024 |
| 519 | Tinajero Corona, Genaro | 8/18/2023 | 3/29/2024 |
| 520 | Tiznado, Delia | 7/14/2023 | 9/8/2023 |
| 521 | Toledo, Raul S | 5/6/2022 | 6/24/2022 |
| 522 | Toledo-Zapata, Joaquin A | 11/15/2024 | 11/22/2024 |
| 523 | Torres, Cristian | 10/13/2023 | 10/27/2023 |
| 524 | Torres, Manuel | 10/13/2023 | 11/17/2023 |
| 525 | Torres Cisneros, Luis | 1/31/2025 | 3/28/2025 |
| 526 | Torres Morales, Eduardo | 7/8/2022 | 10/14/2022 |
| 527 | Toscano, Jose | 4/14/2023 | 4/21/2023 |
| 528 | Trejo, Felix | 2/16/2024 | 2/14/2025 |
| 529 | Trujillo, Fernando | 7/7/2023 | 10/20/2023 |
| 530 | Trujillo, Isidro | 12/8/2023 | 12/15/2023 |
| 531 | Upshaw, Walter D | 6/10/2022 | 6/17/2022 |
| 532 | Urena, Javier | 4/22/2022 | 4/11/2025 |
| 533 | Urincho, Eleazar | 11/24/2023 | 12/1/2023 |
| 534 | Valdez, Christian | 7/26/2024 | 8/2/2024 |
| 535 | Valdez, Jorge | 10/11/2024 | 1/31/2025 |
| 536 | Valdez, Julio | 10/7/2022 | 5/5/2023 |
| 537 | Valdez Rojas, Pedro | 11/29/2024 | 1/10/2025 |
| 538 | Valdovinos, Eduardo | 10/18/2024 | 1/3/2025 |
| 539 | Varela, Benito | 4/22/2022 | 12/15/2023 |

| | | | |
|---|---|---|---|
| 540 | Vargas, Antonio | 7/26/2024 | 12/6/2024 |
| 541 | Vargas, Brayan | 10/14/2022 | 10/21/2022 |
| 542 | Vargas, Juan Diego | 4/22/2022 | 6/10/2022 |
| 543 | Vargas Varela, Benito | 1/26/2024 | 4/11/2025 |
| 544 | Vasquez, Martin | 3/31/2023 | 4/7/2023 |
| 545 | Vasquez, Santiago | 4/19/2024 | 4/26/2024 |
| 546 | Vasquez Calderon, Guadalupe | 7/1/2022 | 3/31/2023 |
| 547 | Vazquez, Angel | 7/7/2023 | 7/21/2023 |
| 548 | Vazquez Hernandez, Laura | 9/16/2022 | 9/30/2022 |
| 549 | Vega, Juan A | 12/27/2024 | 2/7/2025 |
| 550 | Velasquez, Alan | 1/13/2023 | 1/20/2023 |
| 551 | Velasquez Ruiz, Margarito | 8/5/2022 | 9/23/2022 |
| 552 | Velazquez, Rodrigo | 10/18/2024 | 12/20/2024 |
| 553 | Velez, Ernesto | 9/20/2024 | 10/18/2024 |
| 554 | Velez, Idier | 9/29/2023 | 4/26/2024 |
| 555 | Vences, Miguel | 4/12/2024 | 3/28/2025 |
| 556 | Verdugo, Luis Angel | 9/13/2024 | 4/11/2025 |
| 557 | Vigil De Villagomez, Maribel | 9/16/2022 | 9/30/2022 |
| 558 | Villanueva Benitez, Gustavo | 4/15/2022 | 4/29/2022 |
| 559 | Villareal, Carlos | 11/1/2024 | 12/6/2024 |
| 560 | Villasenor Rangel, Daniel | 9/30/2022 | 2/17/2023 |
| 561 | Virgen Gonzalez, Pablo | 6/24/2022 | 11/3/2023 |
| 562 | Xol, Gerson | 3/15/2024 | 3/22/2024 |
| 563 | Xol Sam, Hermelindo Ramiro | 10/27/2023 | 11/3/2023 |

| | | | |
|---|---|---|---|
| 564 | Yanez, Hugo | 7/1/2022 | 10/20/2023 |
| 565 | Zagal, Abel | 10/21/2022 | 11/17/2023 |
| 566 | Zaragoza, Jesus E | 5/6/2022 | 6/24/2022 |
| 567 | Zarate, Abraham | 2/3/2023 | 5/26/2023 |
| 568 | Zavala, Isidro | 5/3/2024 | 5/10/2024 |
| 569 | Zavala Leal, Baldemar | 6/17/2022 | 6/24/2022 |
| 570 | Zepeda Gaona, Omar | 12/13/2024 | 4/11/2025 |

# EXHIBIT 2

# PROPERTY SALE OBLIGATIONS

1. The following provisions apply to each of the following: Merced Property, the Nevada Property, and the Washington Property (collectively, the "Sale Properties").

a. Restrictions on Encumbrance and Transfer. Without the prior written consent of the Acting Secretary, Defendants shall not: (i) further encumber any Sale Property; (ii) transfer, convey, or alienate any interest in any Sale Property or in any entity holding title to a Sale Property; (iii) cause or permit dissolution, merger, termination, or amendment of any entity holding title to a Sale Property; (iv) refinance, modify, or increase the principal balance of any senior mortgage or deed of trust encumbering a Sale Property; or (v) withdraw from or terminate the listing of any Sale Property without immediately entering into a substitute listing agreement and notifying the Acting Secretary.

b. Property Tax Compliance. Defendants represent that each Sale Property has no delinquent property taxes as of the date of this Consent Judgment, except as otherwise noted in the property-specific provisions below. Defendants shall ensure that all property taxes on each Sale Property are paid on or before their respective due dates and shall promptly notify the Acting Secretary of any delinquency. Any property tax delinquency arising after the date of this Consent Judgment shall be cured by Defendants no later than five (5) business days prior to the scheduled closing date for the sale of the applicable Sale Property.

c. Diligent Sale Efforts. Defendants shall actively and diligently pursue a bona fide arm's-length sale of each Sale Property and shall not take any action — or fail to take any action — that would materially delay, impede, or reduce the Net Sale Proceeds.

d. Irrevocable Escrow Instructions. Concurrently with the execution of any purchase and sale agreement for any Sale Property, and in any event no

later than five (5) business days thereafter, Defendants shall deliver the Irrevocable Escrow Instructions to the escrow holder and shall obtain the escrow holder's written acknowledgment thereof. Defendants shall provide a copy of the acknowledged Irrevocable Escrow Instructions to the Acting Secretary within three (3) business days of such acknowledgment. The Acting Secretary's consent to the closing of any sale of a Sale Property is conditioned upon receipt of such acknowledgment. Defendants shall have no authority to direct the escrow holder to disburse Net Sale Proceeds to any person or entity other than the Claims Administrator.

e. Closing Disclosures. Defendants shall provide the Acting Secretary with: (a) a copy of the preliminary closing disclosure no later than five (5) business days before the scheduled closing date; and (b) a copy of the final closing disclosure no later than three (3) business days after closing.

f. Reconveyance. Within fourteen (14) calendar days after the Acting Secretary confirms receipt of the full Net Sale Proceeds from the closing of any Sale Property, the Acting Secretary shall execute a full reconveyance of the applicable deed of trust and provide it to Defendants' counsel for recording.

g. Outside Sale Dates. Each Sale Property shall be sold no later than twelve (12) months from the date of entry of this Consent Judgment (each, an "Outside Sale Date"), and the Net Sale Proceeds therefrom shall be paid to the Claims Administrator no later than five (5) business days after closing. Failure to close a sale of any Sale Property and pay the Net Sale Proceeds to the Claims Administrator on or before the applicable dates shall constitute a default under this Consent Judgment, entitling the Acting Secretary to exercise all remedies available under Paragraph 31, including acceleration of the full remaining judgment balance and commencement of foreclosure proceedings under the applicable Sale Property Deed of Trust. Notwithstanding the foregoing, Defendants shall not be required to accept, and the Acting Secretary shall not

consider it a default for Defendants to have declined, any offer to purchase a Sale Property at a gross sale price below the applicable floor set forth in this Consent Judgment. If no qualifying offer at or above the applicable gross sale price floor has been received and accepted by the Outside Sale Date, the Parties shall confer in good faith regarding an extension of the Outside Sale Date or such other relief as may be appropriate under the circumstances.

h. Monthly Reporting. Beginning thirty (30) calendar days after entry of this Consent Judgment and continuing monthly until each Sale Property has been sold and its Net Sale Proceeds paid to the Claims Administrator, Defendants shall provide the Acting Secretary with a written monthly status report for each Sale Property. Each report shall include: (a) current listing status and listing price; (b) name and contact information of the listing broker/agent; (c) number of showings and written offers received since the prior report; (d) status of any pending offers or executed purchase agreements; (e) any material changes in the condition, encumbrance status, or ownership structure of the property; and (f) for the Nevada and Washington Properties, confirmation that all mortgage and deed of trust payments are current.

i. No Interference. Defendants shall not take any action, and shall not direct or permit any other person or entity to take any action, that would: (a) impair the marketability or value of any Sale Property; (b) create any new lien or encumbrance on any Sale Property without the Acting Secretary's prior written consent; or (c) delay, obstruct, or impede the listing, marketing, or closing of a sale of any Sale Property.

j. Application to Payment Schedule. Net Sale Proceeds received by the Claims Administrator from the sale of any Sale Property shall be applied to the outstanding judgment balance in the priority order set forth in Paragraph 20 and shall reduce the remaining scheduled payments under Exhibit 4 on a pro-rata basis, unless the Acting Secretary directs otherwise in writing.

k. Default. Defendants' failure to comply with any obligation in this Property Sale Obligations section shall constitute a default subject to the remedies set forth in Paragraph 31.

2. Merced Property

a. The legal description of the Merced Property is: All that portion of Lot 101 of Fancher Subdivision, in the County of Merced, State of California, as said lot is shown on that certain Map entitled "Map of Fancher Subdivision" filed August 4, 1926 in the Office of the County Recorder of said County of Merced, in Vol. 8 of Official Plats at Pages 48 and 49, described as follows, to wit: Beginning at a point that is North 0 deg. 36' East 412.62 feet from the Southwest corner of said Lot 101 of Fancher Subdivision; thence North 0 deg. 36' East 82.53 feet; thence North 89 deg. 10' East, 145.0 feet; thence South 0 deg. 36' West 82.53 feet; thence South 89 deg. 10' West 145.0 feet to the point of beginning.

b. Title to the Merced Property is currently vested in Sanjuana Cortes and Jesus Salvador Cortes Huerta, as Co-Trustees of The Sanjuana Cortes Living Trust, dated February 14, 2024, as reflected in the Grant Deed recorded May 19, 2025 as Document No. 2025013798, Official Records of Merced County, California. Without the prior written consent of the Acting Secretary, Defendants shall not cause or permit amendment, revocation, or modification of The Sanjuana Cortes Living Trust in any manner affecting the Merced Property.

c. Defendants represent that the Merced Property is free and clear of debt. There are no liens or deeds of trust recorded against the Merced Property other than the Merced Property Deed of Trust.

d. Defendant Jesus Salvador Cortes Huerta shall list the Merced Property for sale with a licensed California real estate broker at a gross listing price no less than $480,000, within fourteen (14) calendar days of entry of this Consent Judgment. Defendants shall not accept any offer to purchase the Merced Property at a gross sale price below $440,000. Defendants shall provide the

Acting Secretary with a copy of the executed listing agreement within three (3) business days of execution, including the name and contact information of the listing broker.

3. Nevada Property

a. The legal description of the Nevada Property is: Lot 85, final Map of Silver Dollar Estates Area 4, as shown by Plat thereof on file in Tract Map No. 5475 of Maps, Instrument No. 5281562, in the office of the County Recorder of Washoe County, Nevada, and as amended by Certificate of Amendment recorded on August 9, 2022, as Instrument No. 5323969, and Certificate of Amendment recorded on October 5, 2022, as Instrument No. 5337633, Official Records of Washoe County, Nevada. APN: 554-482-19.

b. Title to the Nevada Property is currently vested in 613 Pleasant Vista Drive LLC, a Nevada limited liability company, in which Defendant Jesus Salvador Cortes Huerta serves as Managing Member, as reflected in the Grant Deed recorded May 15, 2024 as Document No. 5455960, Official Records of Washoe County, Nevada

ii. The Nevada Property is encumbered by a deed of trust in favor of CrossCountry Mortgage LLC (the "CrossCountry Mortgage"), recorded November 10, 2025 as Document No. 5580600, Official Records of Washoe County, Nevada, in the original principal amount of $292,500, with a maturity date of December 1, 2055, and subject to a prepayment penalty of 5.000% of any prepayment amount made within the first thirty-six (36) months of the Note date, applicable through approximately November 7, 2028. The CrossCountry Mortgage is senior in priority to the Nevada Corrected Deed of Trust.

c. Defendants shall continue to make all payments due under the CrossCountry Mortgage in a timely manner and shall not cause or permit any default thereunder. Defendants shall promptly notify the Acting Secretary in writing of any notice of default, acceleration, or foreclosure proceedings by

CrossCountry Mortgage LLC or its successors or assigns.

d. Within seven (7) business days of entry of this Consent Judgment, Defendants shall obtain and provide to the Acting Secretary a current written payoff statement for the CrossCountry Mortgage, including the outstanding principal balance, accrued interest, per diem interest rate, and the amount of any prepayment penalty that would be due upon payoff. Defendants shall provide an updated payoff statement to the Acting Secretary no later than ten (10) business days before any scheduled closing date.

e. Defendant Jesus Salvador Cortes Huerta shall cause 613 Pleasant Vista Drive LLC to list the Nevada Property for sale with a licensed Nevada real estate broker at a gross listing price no less than $500,000, within fourteen (14) calendar days of entry of this Consent Judgment. Defendants shall not accept any offer to purchase the Nevada Property at a gross sale price below $450,000. Defendants shall provide the Acting Secretary with a copy of the executed listing agreement within three (3) business days of execution.

4. Washington Property

a. The legal description of the Washington Property is: Lot 21 of The Meadows, as per Plat thereof recorded in Volume 14 of Plats, Page 38, Records of Clallam County, Washington. Situate in the County of Clallam, State of Washington.

b. Title to the Washington Property is currently vested in CSP Holdings LLC, a Washington limited liability company (UBI No. 604 901 273) ("CSP LLC"), as reflected in the Warranty Deed recorded April 22, 2022 in the Official Records of Clallam County, Washington. The Members of CSP LLC are Max Misael Perez-Mendez, Jesus Salvador Cortes Huerta, and Abraham Cortes Huerta, as reflected in CSP LLC's Operating Agreement.

c. The Washington Property is encumbered by a deed of trust in favor of WADOT Capital, Inc. (the "WADOT Deed of Trust"), recorded October 24,

2025 as Clallam County Recording No. 2025-1476310, in the original principal amount of $351,000, subsequently assigned to Thomas J. Cain, Julie Minns, and Strata Trust Company FBO Miriam Suzanne Thomsen IRA #XXX7752, by Assignment recorded October 27, 2025 as Recording No. 2025-1476343 (collectively, the "WADOT Lenders").

d. Defendants shall continue to make all payments due under the WADOT Deed of Trust in a timely manner and shall not cause or permit any default thereunder. Defendants shall promptly notify the Acting Secretary in writing of any notice of default, acceleration, or threatened foreclosure under the WADOT Deed of Trust.

e. Within seven (7) business days of entry of this Consent Judgment, Defendants shall obtain and provide to the Acting Secretary a current written payoff statement for the WADOT Deed of Trust, including the outstanding principal balance, accrued interest, per diem interest rate, and any prepayment or other charges.

f. Defendants shall pay any delinquent 2026 property taxes on the Washington Property within fourteen (14) calendar days of entry of this Consent Judgment, and shall provide the Acting Secretary with written confirmation of payment.

g. Defendants shall cause CSP Holdings LLC to list the Washington Property for sale with a licensed Washington real estate broker at a gross listing price no less than $1,000,000, within fourteen (14) calendar days of entry of this Consent Judgment. Defendants shall not accept any offer to purchase the Washington Property at a gross sale price below $900,000. Defendants shall provide the Acting Secretary with a copy of the executed listing agreement within three (3) business days of execution.

## EXHIBIT 3

## AVISO DE DERECHOS DE LOS EMPLEADOS

Usted tiene derechos legales bajo la Ley Federal, incluyendo:

- El derecho a recibir al menos el salario mínimo por todas las horas trabajadas.
- El derecho a recibir horas extras a una tasa de 1.5 veces su salario regular por todas las horas trabajadas que excedan las 40 horas semanales.
- El derecho a presentar una queja sobre su salario ante su empleador o el DOL sin sufrir ninguna acción negativa por parte de su empleador o de cualquier otra persona.

Si recibe un pago como parte de este acuerdo, tiene derecho a conservarlo en su totalidad. Nadie puede exigirle que devuelva parte de dicho pago a su empleador.

Si considera que su empleador no le ha pagado correctamente o ha violado sus derechos, comuníquese con el Departamento de Trabajo al 1-866-487-9243.

**Su empleador tiene prohibido tomar medidas negativas en su contra por haberse comunicado con el Departamento de Trabajo.**

## NOTICE OF EMPLOYEE RIGHTS

You have legal rights under Federal Law, including:

- The right to be paid at least the minimum wage for all hours that you work.
- The right to be paid overtime at a rate of 1.5 times your regular rate for all hours that you work over 40 hours in a workweek.
- The right to complain about your wages to your employer or the DOL without suffering any negative actions from your employer or anyone else.

If you receive a payment as part of this settlement, you have the right to keep the payment in full. No one is allowed to ask you to return any part of that payment to your employer.

If you think your employer has not correctly paid you or has violated your rights, please contact the Department of Labor at 1-866-487-9243.

**Your employer is prohibited from taking any negative action against you because you contacted the Labor Department.**

**RECIBO - AVISO DE DERECHOS DE LOS EMPLEADOS**

**RECEIPT FORM – NOTICE OF RIGHTS**

He recibido una copia del AVISO DE DERECHOS DE LOS EMPLEADOS que contiene un número de teléfono para contactar al Departamento de Trabajo en caso de que considere que mi empleador no me ha pagado correctamente o ha violado mis derechos.

I have received a copy of the NOTICE OF EMPLOYEE RIGHTS that contains a phone number for me to contact the Department of Labor if I think my employer has not correctly paid me or has violated my rights.

PRINTED NAME / NOMBRE: ______________________________________

PHONE NUMBER / TELEFONO: ___________________________________

SIGNATURE / FIRMA: __________________________________________

# EXHIBIT 4

## Payment Plan

| Payment Date | Payment Amount | Amount Credited To | Balance |
|---|---|---|---|
| 09/30/2026 | $114,120.53 | Compensatory Damages & Liquidated Damages | $1,255,325.73 |
| 12/31/2026 | $114,120.53 | Liquidated Damages | $1,141,205.20 |
| 3/31/2027 | $114,120.53 | Liquidated Damages | $1,027,084.67 |
| 6/30/2027 | $114,120.53 | Liquidated Damages | $912,964.14 |
| 9/30/2027 | $114,120.53 | Liquidated Damages | $798,843.61 |
| 12/31/2027 | $114,120.53 | Liquidated Damages & Back Wages | $684,723.08 |
| 03/31/2028 | $114,120.53 | Back Wages | $570,602.55 |
| 06/30/2028 | $114,120.53 | Back Wages | $456,482.02 |
| 09/30/2028 | $114,120.53 | Back Wages | $342,361.49 |
| 12/31/2028 | $114,120.53 | Back Wages | $228,240.96 |
| 03/31/2029 | $114,120.53 | Back Wages | 114,120.43 |
| 06/30/2029 | $114,120.43 | Back Wages, Interest, & CMPs | $0.00 |